# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALISSA JENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 8:15-cv-02550-PWG |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Lauren M. Burnette
Lauren M. Burnette, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin,
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
Phone: 717-651-3703
Email: lmburnette@mdwcg.com
Attorney for the Defendant

Date: March 21, 2016

/s/ Amy L Bennecoff
Amy L. Bennecoff, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: March 21, 2016

BY THE COURT:

03 22 2016
_____ J.

Paul W. Grimm
United States District Judge